UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: GIUNTOLI, PHILLIP E  § Case No. 09-20733
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Northern District of Illinois
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 01/06/2011, in Courtroom 250, United States Courthouse, Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/25/2010          By:  JOSEPH R. VOILAND
                                       Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GIUNTOLI, PHILLIP E   § Case No. 09-20733
                             §
                             §
Debtor(s)                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,313.02 |
| *and approved disbursements of* | $ 333.77 |
| *leaving a balance on hand of* [1] | $ 5,979.25 |
| **Balance on hand:** | $ 5,979.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,979.25 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 1,381.30 | 0.00 | 1,381.30 |
| Trustee, Expenses - JOSEPH R. VOILAND | 330.03 | 0.00 | 330.03 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 1,961.33
Remaining balance: $ 4,017.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,017.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,651.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 1 | Chase Bank USA, N.A. | 579.77 | 0.00 | 148.83 |
| 2 | Chase Bank USA, N.A. | 883.17 | 0.00 | 226.71 |
| 3 | American Express Bank, FSB | 4,340.07 | 0.00 | 1,114.12 |
| 4 | Ford Motor Credit Company | 9,848.92 | 0.00 | 2,528.26 |

Total to be paid for timely general unsecured claims: $ 4,017.92
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: gbeemster             Page 1 of 1                    Date Rcvd: Dec 01, 2010
Case: 09-20733                  Form ID: pdf006             Total Noticed: 31

The following entities were noticed by first class mail on Dec 03, 2010.
 db          +Phillip E Giuntoli,    33W047 Toni St.,    Saint Charles, IL 60174-5314
 aty         +Derrick B Hager,    Derrick B Hager, P.C.,    106 W Wilson St Suite 3 L,    Batavia, IL 60510-2997
 tr          +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
14018382     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14639189      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14018383     +Boult Cummings Connors Berry PLC,    1600 Division St. Suite 700,    Nashville, TN 37203-2771
14018385    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
14018406    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:  Washington Mutual,    PO Box 660433,    Dallas, TX 75266-0433)
14018384     +Caine & Weiner,    1699 East Woodfield Rd.,    Schaumburg, IL 60173-4947
14018386     +Caterpillar Financial Services,    2120 West End Ave.,    Nashville, TN 37203-5341
14629457      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14018387     +Chase- BP,    Attention: Banktruptcy Department,    Po Box 100018,    Kennesaw, GA 30156-9204
14018388     +Chicago Title Land Trust Company,    171 North Clark St. Suite 575,    Chicago, IL 60601-3368
14018389     +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
14018391     +Creditors Financial Group,    PO Box 440290,    Aurora, CO 80044-1500
14018392      Creditors Interchange,    po Box 2270,    Buffalo, NY 14240-2270
14018393     +DECA Contractors, LLC,    A Certified WBE Company,    1 S. 721 Rt. 59,
               West Chicago, IL 60185-4416
14018394     +ENCAP, Inc,    1709 Afton Rd.,    Sycamore, IL 60178-3224
14018395      Encore Receivable Management,    PO Box 3330,    Olathe, KS 66063-3330
14018396      Enhanced Recovery Corp.,    8014 Batberry Rd.,    Jacksonville, FL 32256-7412
14018397    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court:  Ford Motor Credit Corporation,    National Bankruptcy Center,
               Po Box 537901,    Livonia, MI 48153)
14816528     +Ford Motor Credit Company,    Freedman Anselmo Lindberg & Rappe LLC,    P O Box 3216,
               Naperville, IL 60566-7216
14018398      Freedman, Anselmo, Lindberg & Rappe,    1807 West Diehl Rd,    Suite 333,
               Naperville, IL 60563-1890
14018399     +Hilco Rec,    5 Revere Dr Ste 510,    Northbrook, IL 60062-8007
14018400    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
14018401     +Kraner Tree Specialists, Inc.,    300 Charles Court,    West Chicago, IL 60185-2678
14018402     +Menards Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
14018404     +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
14018403      Nationwide Credit, Inc,    2015 Vaughn Rd. NW,    BLD 400,    Kennesaw, GA 30144-7801
14018405     +Nelson, Watson & Associates, LLC,    80 Merimack St., Lower Level,    Haverhill, MA 01830-5211

The following entities were noticed by electronic transmission on Dec 02, 2010.
14018390     +E-mail/Text: resurgentbknotifications@resurgent.com                            Collection,
               Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2010**                            **Signature:** *Joseph Speetjens*